### AARON BULL vs. JOSEPH F. BABBITT, et al.

An affidavit for a motion to change venue must show where the venue is laid.

*Motion by defendants to change venue.*—This was an action of trover,
commenced by declaration 16th April, 1845 ; no issue had been joined ;
defendants swore to merits, and the facts they expected to prove by each
and every of the witnesses named.  Defendants' papers did not show
where the venue was laid.

R. J. HILTON, *Defts Counsel.*　　　　E. QUIN, *Defts Atty.*

JOHNSON AND SCHUYLER, *Plffs Counsel.*  JOHNSON AND SCHUYLER, *Plffs Attys.*

JEWETT, Justice.—Denied the motion on the ground that defendants'
affidavits did not show where the venue was laid.

Motion denied with costs.